AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Texas

United States Courts
Southern District of Texas
FILED
August 26, 2020
David J. Bradley, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| JORDAN GASSAWAY | ) | Case No. **4:20mj1557** |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __August 25, 2020__ in the county of __Harris__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g) | Felon in possession of a firearm |
| 18 U.S.C. § 922(k). | Possession of a firearm with an obliterated serial number |

This criminal complaint is based on these facts:
SEE ATTACHED

☑ Continued on the attached sheet.

_____5135_____ 8/26/2020
*Complainant's signature*

SA Dominic Rosamilia
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 08/26/2020

_____
*Judge's signature*

City and state: Houston, Texas

United States Magistrate Judge Andrew M. Edison
*Printed name and title*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE ARREST OF: JORDAN GASSAWAY | § § § § | MAGISTRATE NO. |

## AFFIDAVIT IN SUPPORT OF APPLICATION

I, Dominic Rosamilia, Affiant, having been duly sworn, do hereby state the following:

### A. Introduction and Agent Background:

1. I am an investigative or law enforcement officer within the meaning of Section 2510(7) of Title 18, United States Code, that is an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I am a Special Agent (SA) of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, and have been so employed since April of 2009. I graduated from the Federal Law Enforcement Training Center and the ATF National Academy in Glynco, Georgia. I am presently a member of Houston Group II of the ATF. As a Special Agent of the ATF, my duties and responsibilities include conducting criminal

1

investigations of individuals and entities for possible violations of federal laws, particularly those laws found in Title 18 of the United States Code. I have received additional law enforcement training at Chesterfield County Police Department. I was employed by Chesterfield County Police for thirteen years. While at Chesterfield County Police Department I was assigned to investigations, vice and narcotics, community policing, patrol and was a Sergeant. I have instructed several topics throughout the state of Virginia to include Search and Seizure and Basic Law. I have requested and executed over 100 search warrants. I am a graduate of The State University of New York at Buffalo with a bachelor degree in Health and Human Services.

3. My current assignment with Houston Group II, involves the investigation of individuals who traffic firearms, violent criminals, criminal organizations such as street gangs and drug trafficking organizations. I have used cooperating informants, undercover agents, pen register/trap and trace devices, video surveillance, wiretaps, GPS tracking devices, and audio surveillance, among other law enforcement techniques, in the course of my career with ATF.

4. Wherefore, as a sworn officer your Affiant is authorized to investigate violations of laws of the United States, and is a law enforcement officer with the authority to execute warrants issued under the authority of the United

States, this affidavit is made in support of an application for the arrest of JORDAN GASSAWAY for violation of 18 U.S.C. § 922(g) Felon in possession of a firearm and 18 U.S.C. § 922(k) possession of a firearm with the manufacturer's serial number obliterated, removed or altered.

5. The purpose of this application is to establish probable cause for the arrest JORDAN GASSAWAY for violation of 18 U.S.C. § 922(g) Felon in possession of a firearm and 18 U.S.C. § 922(k) possession of a firearm with the manufacturer's serial number obliterated, removed or altered. As set forth herein, your Affiant states there is probable cause to believe that JORDAN GASSAWAY possessed a firearm with an obliterated serial number in violation of 18 U.S.C. § 922(g) and 18 U.S.C. § 922(k).

**B. Facts Supporting Probable Cause:**

1. The statements in this affidavit are based upon my investigation, investigation by United States Marshals Service (USMS) and my experience and background as a Special Agent of the ATF. Since this affidavit is being submitted for the limited purpose of securing an arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that JORDAN GASSAWAY committed acts in violation of Title 18, United States Code, Section 922(g) and 922(k).

2. Your Affiant, on August 26, 2020, was assigned to conduct an investigation into Jordan Michael GASSAWAY. On July 23, 2020, Deputy U.S. Marshal Michael (DUSUM) SUH was assigned the fugitive collateral case of Jordan Michael GASSAWAY who was wanted for Federal Supervised Release Violation out of the District of Maryland, Baltimore Division. GASSAWAY was sentenced on 09/24/2013 for Interference with Commerce by Threat or Violence by District of Maryland, Baltimore Federal Judge Richard BENNETT for 120 months to serve at the Bureau of Prisons with a 36 month supervised release term.

3. Deputy U.S. Marshals in District of Maryland, Baltimore passed on a collateral lead to Southern District of Texas, Houston USMS indicating GASSAWAY had fled from Baltimore, MD to his mother Teresa Winningham's home at 4213 Rockingham St. Houston, TX 77051. The investigation also indicated that, GASSAWAY'S girlfriend Crystal LEWIS lived at 4210 Rockingham St.

4. On 08/25/2020 DUSM Suh conducted surveillance on Rockingham Street. At approximately 3:00PM, Suh observes a black male walking west bound on Rockingham Street. The subject walks right in front of DUSM Suh's vehicle, DUSM Suh was able to identify the male as Jordan GASSAWAY by his booking photo and the tattoos on his neck. GASSAWAY was wearing a

4

white tank top shirt, khaki shorts, and black high-top sneakers.

5.   DUSUM called for assistance to conduct the arrest of GASSAWAY. At approximately 4:00PM GASSAWAY walked out of the apartment gate eastbound on Rockingham St. GASSAWAY was walking, accompanied by a black adult female and a juvenile minor male. DUSM SUH was sure the subject was GASSAWAY so he called out on the radio for Task Force Members to approach GASSAWAY. Task Force members activated their emergency lights and surrounded GASSAWAY. GASSAWAY hesitated for a second, but then followed the verbal commands of Task Force members and laid on his stomach with his hands behind his back. While being handcuffed, GASSAWAY informed DUSM Suh that he has a pistol in his pocket. DUSM SUH retrieved a silver and black in color handgun from the right pocket of GASSAWAY's khaki shorts.

5.   The firearm recovered was an ISRAEL MILITARY INDUSTRIES LTD, Model JERICHO 941F, 9mm semiautomatic pistol with an obliterated serial number. The firearm was loaded with one round in the chamber and a loaded magazine.

**C.     Conclusion:**

Based upon the forgoing information, Affiant believes probable cause exists that JORDAN GASSAWAY committed acts in violation of Title 18, United States Code, Section 922(g) and 922(k). Affiant requests authorization to arrest JORDAN GASSAWAY.

*[signature]* 5135  8/26/2020
ATF S/A Dominic P. Rosamilia

Sworn telephonically before me on this the 26th day of August, 2020, I find probable cause.

*[signature]*
Andrew M. Edison
UNITED STATES MAGISTRATE JUDGE