UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| UNITED STATES OF AMERICA | § | CRIMINAL NO.: H-20-444 |
|---|---|---|
| | § | |
| v. | § | |
| | § | JUDGE LYNN N. HUGHES |
| JORDAN MICHAEL GASSAWAY, | § | |
| Defendant | § | |

PROFFER IN SUPPORT OF PLEA

On September 24, 2013, Jordan Gassaway was convicted in the United States District Court of Maryland in case number 1:12-cr-0457-RDB-1, of the offense of Interference with Commerce by Robbery, in violation of Title 18, United States Code, Section 1951(a), and sentenced to 120 months incarceration with the United States Bureau of Prisons, followed by 36 months of supervised release.

On July 23, 2020, Deputy U.S. Marshals were assigned the fugitive collateral case of Jordan Michael GASSAWAY who was wanted for Federal Supervised Release Violation out of the District of Maryland, Baltimore Division. Deputy U.S. Marshals in the District of Maryland, Baltimore passed on a collateral lead to Southern District of Texas, Houston USMS indicating GASSAWAY had fled from Baltimore, Maryland to his mother's home in Houston Texas. The investigation also indicated that, GASSAWAY'S girlfriend lived in Houston,

1

Texas.

On 08/25/2020 Deputy Marshals conducted surveillance on the address in Houston, Texas that had been provided by the collateral lead. At approximately 3:00PM, Deputy Marshals observed a black male walking west toward the residence. Jordan GASSAWAY walked right in front of the Deputy Marshal's vehicle, allowing identification of GASSAWAY by his booking photo and the tattoos on his neck.

At approximately 4:00PM, GASSAWAY walked from the residence, accompanied by an adult female and a juvenile minor male. Fugitive Task Force members activated their emergency lights and surrounded GASSAWAY. GASSAWAY hesitated for a second, but then followed the verbal commands of Task Force members and laid on his stomach with his hands behind his back. While being handcuffed, GASSAWAY informed Deputy Marshals that he had a pistol in his pocket. Retrieved from that pocket was an ISRAEL MILITARY INDUSTRIES LTD, Model JERICHO 941F, 9mm semiautomatic pistol with an obliterated serial number.  The firearm was loaded with one round in the chamber and a loaded magazine. The firearm was manufactured in Israel and thus traveled in and affected interstate and foreign commerce to arrive in Texas.

2

Comparison of the fingerprints and photographs of the defendant in the Maryland conviction and the current Texas arrest determined positively that the person depicted in each was the same, Jordan Michael GASSAWAY.

Respectfully submitted,

RYAN K. PATRICK
United States Attorney


_____/s/*Richard D. Hanes*_____
RICHARD D. HANES
Assistant United States
Attorney
713/817-4642

3

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was sent to counsel for defendant on or before the date of filing via the Clerk of Courts ecf system.


/s/*Richard D. Hanes*
RICHARD D. HANES
Assistant United States Attorney